UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZAIRA MEDINA-RODRIQUEZ
MELISSA VAZQUEZ-DIAZ,

    Plaintiffs,

v.                    CASE NO.: 8:25-cv-01602-KKM-AAS
                       FLA BAR NO.: 0539211

BOARD OF TRUSTEES OF FLORIDA
POLYTECHNIC UNIVERSITY,

    Defendant.
_____/

## NOTICE OF COMPLIANCE WITH ENDORSED ORDER

Plaintiffs respectfully notify this Court that Plaintiffs have complied with this Court's Order that the original Complaint was deficient., and further directive to amend the Complaint to separate out the Plaintiffs' claims and theories.

Plaintiff respectfully informs the Court that Plaintiffs intend to further amend their Complaint to include claims of race and national original discrimination. Both recently received right-to-sue letters issued by the Equal Employment Opportunity Commission on June 3, 2025. The undersigned had advised counsel for Defendant of the plan

1

to include these additional claims in an amended Complaint. Before the undersigned was able to draft a pleading including these newly-exhausted claims, however, this Court entered its endorsed order.

The question for Plaintiff's counsel, in light of the endorsed order, was whether it was appropriate to include the additional claims, given that this Court's Order was explicit in the precise changes the Court expected, and did not address or authorize additional claims. Counsel is aware of the general rule that a plaintiff may amend a Complaint once as of right in some circumstances. *See* Fed.R. Civ. P. 15(a). But given that the Order did not expressly address other changes, Plaintiffs have opted to exercise less license, rather than more, to ensure strict compliance with the Court's expectations.[1]

---

[1] See Order Granting Defendant's Motion to Dismiss, *Bissainthe v. Hillsboro Restaurant Group, etc.*, Doc. 34, ECF p. 6, Case No. 24-cv-61985-SMITH (S. D. Fla. June 23, 2025) (dismissing newly-added claim after court gave "specific instructions" to Plaintiff to amend, and noting Plaintiff "did not seek leave of court or otherwise request permission to assert this additional claim prior to its inclusion)

The situation in *Bissainthe* differs in that it appears the plaintiff there had already amended once. Still, the undersigned's goal is to fully and completely comply with this Court's Order, in letter and spirit. Because this action is in its earliest stages and the deadline for final amendment of the pleadings has not yet been set, counsel endeavored to meet the letter of the Order as written, and to further amend in a subsequent filing.

Respectfully submitted,

MARIE A. MATTOX, P.A.

/s/ *Jim Garrity*

Jim Garrity (FBN 539211)
Marie A. Mattox, P.A. Law Firm
203 N Gadsden St
Tallahassee, Fl 32301
Telephone: (850) 383-4800
Facsimile: (850) 383-4801
Email: Jim@JimGarrityLaw.com